IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| FRANCIS SCHAEFFER COX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.18-cv-173-SMY-RJD |
| | ) | |
| TERRY DODD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**DALY, Magistrate Judge:**

This matter is before the Court on Plaintiff's Motion for Civil and Criminal Contempt against Defendants Ed Snook and Ron Lee pursuant to 18 U.S.C.A. § 402, Fed. R. Civ. P. 42(a), and 18 U.S.C.A. § 1512(b)(1) (Doc. 9). Plaintiff alleges Defendants Snook and Lee should be held in contempt for obstruction of justice and attempting to influence a witness. In support of his motion, Plaintiff attaches two emails he received; the first is dated February 22, 2018 from Angela Faire and the second is dated March 5, 2018 from Ron Lee. Plaintiff asserts that the content of the emails is intended to dissuade him from pursuing his lawsuit. Plaintiff's evidence is insufficient to support his claim that Defendants Snook and Lee are attempting to obstruct justice and influence a witness. Plaintiff's Motion is **DENIED**.

**IT IS SO ORDERED.**

**DATED: April 9, 2018**

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**

Page **1** of **1**